IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| KALSHIEX LLC, | * | |
| *Plaintiff-Appellant*, | * | |
| v. | * | No. 25-1892 |
| JOHN A. MARTIN, *et al.*, | * | |
| *Defendants-Appellees*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLEES' CONSENT MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE BRIEF

In accordance with Federal Rule of Appellate Procedure 31 and Local Rule 31(c) Appellees move for a 31-day extension of their November 14, 2025 briefing deadline in the above-captioned matter. Counsel for Appellant has been informed of the intended filing of this motion and consents to the relief requested. In support of the motion, Appellees state as follows:

1. On August 1, 2025, Appellant KalshiEX LLC appealed from the district court's order denying a preliminary injunction. On August 6, 2025, this Court docketed the appeal and established a briefing schedule under which Appellant's opening brief was due on September 15 and Appellees' response brief was due on October 15.

2. On August 19, 2025, the parties filed a joint motion seeking to extend the deadline for Appellant's opening brief to October 15, 2025; extend the deadline for Appellees' response brief to December 15, 2025; and extend the deadline for Appellant's reply brief to January 19, 2026. The motion thus asked that Appellant have an additional 30 days for its opening brief (beyond the usual 40) and that Appellees have an additional 30 days for their response brief (beyond the usual 30).

3. On August 20, 2025, the Court issued an order granting Appellant its requested additional 30 days—i.e., until October 15—to file its opening brief. Although that order did not state that the joint motion was denied in any respect, it provided that Appellees' brief would be due November 14, 2025, rather than the requested December 15.

4. There is good cause for a 31-day extension of the deadline for Appellees' response brief, to Monday, December 15, 2025. First, the issues to be addressed in the briefing are complex. This case involves the interplay between two regulatory schemes: (1) Maryland's sports wagering laws and related regulations and (2) the federal Commodity Exchange Act and related regulations. The matter implicates legal questions of federalism, preemption, administrative law, and statutory interpretation, as well as factual issues regarding gaming and financial instruments known as swaps and event contracts.

5. Second, an extension is necessary to ensure proper attention to the briefing in this case in light of other ongoing matters and responsibilities. One attorney for Appellees has a four-day administrative hearing scheduled to begin on October 28, 2025 and continue through October 31. The matter involves multiple witnesses and extensive documentation and will entail extensive preparation in the weeks leading up to the hearing. The other attorney for Appellees has ongoing briefing obligations in a multijurisdictional enforcement action; ongoing discovery obligations in another complex securities enforcement action; three other multijurisdictional enforcement matters in active litigation (including one in bankruptcy); two matters in active settlement negotiations; a cease-and-desist proceeding to be filed shortly; and oversight of four active investigations.

6. Third, the requested extension of 31 days (the requested deadline is a Monday) would be commensurate with the extension previously granted to the Appellant, giving Appellees a total of 61 days to prepare their response brief.

WHEREFORE, the deadline for Appellees' response brief should be extended to December 15, 2025.

                                              Respectfully submitted,

September 23, 2025                ANTHONY G. BROWN
                                              Attorney General of Maryland

                                              /s/ Erik J. Delfosse
                                              _____
                                              Erik J. Delfosse
                                              Assistant Attorney General
                                              Maryland Lottery and Gaming Control Agency
                                              1800 Washington Blvd., Ste. 330
                                              Baltimore, Maryland 21230
                                              (410) 230-8726
                                              erik.delfosse@maryland.gov

                                              Max F. Brauer
                                              Assistant Attorney General
                                              Securities Division
                                              200 Saint Paul Place, 25th Floor
                                              Baltimore, Maryland 21202
                                              (410) 576-6950
                                              mbrauer@oag.state.md.us

                                              *Attorneys for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 561 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

September 23, 2025                    /s/ Erik J. Delfosse
                                      _____
                                      Erik J. Delfosse

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

September 23, 2025                                      /s/ Erik J. Delfosse
                                                        _____
                                                        Erik J. Delfosse