# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| KALSHIEX LLC,<br><br>    *Plaintiff-Appellant*,<br><br>    v.<br><br>JOHN A. MARTIN,<br>in his official capacity as Secretary of the Maryland Lottery and Gaming Control Commission and Director of the Maryland Lottery and Gaming Control Agency, *et al.*,<br><br>    *Defendants-Appellees.* | No. 25-1892 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 31 and Local Rule 31(c), Plaintiff-Appellant KalshiEX LLC moves for an extension of time to file its reply brief. Defendants-Appellees do not oppose this motion.

In support of the motion, Appellant states as follows:

1. Under the schedule set out in this Court's October 16, 2025 order, Appellant's reply brief is currently due on January 5, 2026. *See* Dkt. No. 19. The Court previously granted Appellant's request for a 30-day extension of time to file its opening brief, Dkt. No. 9, and Appellees' request for a 31-day extension of time to file their response brief, Dkt. No. 19.

2. A 21-day extension of the deadline to file Appellant's reply brief would make the brief due on January 26, 2026.

3. Counsel for Appellant have numerous other litigation deadlines that necessitate the request for a 21-day extension of time to file the reply brief. These include: (1) a response brief due on December 17, 2025 and oral argument on January 20, 2026 in *Wolford v. Lopez*, No. 24-1046 (S. Ct.); (2) oral argument on December 17, 2025 in *Jogani v. Jogani*, Nos. B338590, B340239, and B342005 (Cal. Ct. App.); (3) a brief in opposition to certiorari due on December 19, 2025 in *National Rifle Association v. Vullo*, No. 25-479 (S. Ct.); (4) a response brief due on December 22, 2025 in *Federated Indians of Graton Rancheria v. Koi Nation of Northern California*, No. 25-4604 (9th Cir.); (5) a reply brief in support of certiorari due on December 22,

2025 in *Fire-Dex, LLC v. Admiral Insurance Company*, No. 25-245 (S. Ct.); (6) a reply brief in support of certiorari due on December 24, 2025 in *Filyaw v. Corsi*, No. 25-491 (S. Ct.); (7) an opening brief due on December 26, 2025 in *KalshiEX LLC v. Hendrick*, No. 25-7516 (9th Cir.); and (8) a reply brief due on January 12, 2026 in *Dinner Table Action v. Equal Citizens*, No. 25-1706 (1st Cir.).

4.    Absent an extension, the briefing window for Appellant's reply brief would fall almost entirely over the Christmas and New Years holidays.  A modest 21-day extension of time to file the reply brief is therefore warranted.

For the foregoing reasons, Appellant respectfully requests that this Court find that good cause exists for this extension request and grant the motion to extend the deadline for Appellant's reply brief to January 26, 2026.

December 16, 2025                                        Respectfully submitted,


                                                        /s/ Neal Kumar Katyal
                                                        Neal Kumar Katyal
                                                        Joshua B. Sterling
                                                        William E. Havemann
                                                        Samantha K. Ilagan
                                                        MILBANK LLP
                                                        1101 New York Ave., NW
                                                        Washington, DC 20005
                                                        (202) 835-7505
                                                        nkatyal@milbank.com

                                                        Davis Campbell
                                                        MILBANK LLP
                                                        55 Hudson Yards

New York, NY 10001
(212) 530-5222
dcampbell@milbank.com

*Counsel for Plaintiff-Appellant*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 397 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

December 16, 2025                                        /s/ Neal Kumar Katyal
                                                        Neal Kumar Katyal

                                                        *Counsel for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the Fourth

Circuit using the appellate CM/ECF system.  Counsel of record for all parties are

registered CM/ECF users and will be served by the appellate CM/ECF system.


December 16, 2025                                  /s/ Neal Kumar Katyal
                                                   Neal Kumar Katyal

                                                   *Counsel for Plaintiff-Appellant*