# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 22, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1892,   <u>Kalshiex LLC v. John Martin</u>
1:25-cv-01283-ABA

TO:    Todd  Phillips

BRIEF CORRECTION DUE:  December 23, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier. The time for filing the next brief is unaffected by this notice.

_____

 [ x ]Amicus brief must not exceed 6,500 words. Please refile a compliant brief.

A. Walker, Deputy Clerk
804-916-2702