FILED: December 22, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1892
(1:25-cv-01283-ABA)

_____

KALSHIEX LLC

    Plaintiff - Appellant

v.

JOHN A. MARTIN, in his official capacity as Secretary of the Maryland Lottery and Gaming Control Commission and Director of the Maryland Lottery and Gaming Control Agency; MARYLAND LOTTERY AND GAMING CONTROL AGENCY; MICHAEL EATON, in his official capacity as Managing Director of Gaming for the Maryland Lottery and Gaming Control Agency; EVERETT D. BROWNING, SR., in his official capacity as Chair of the Maryland Lottery and Gaming Control Commission; E. RANDOLPH MARRINER, in his official capacity as Vice Chair of the Maryland Lottery and Gaming Control Commission; ADE ADEBISI, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; DIANE CROGHAN, in her official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; GEORGE L. DOETSCH, JR., in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; HAROLD E. HODGES, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; JAMES J. STAKEM, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; MARYLAND LOTTERY AND GAMING CONTROL COMMISSION; ANTHONY G. BROWN, in his official capacity as Attorney General for the State of Maryland

    Defendants - Appellees

------------------------------

PARADIGM OPERATIONS LP; UNDERDOG SPORTS HOLDING, INC.

 Amici Supporting Appellant

and

STOP PREDATORY GAMBLING; TEXANS AGAINST GAMBLING, d/b/a Texans Who Care; THE ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS; TODD PHILLIPS; BETTER MARKETS, INC.

 Amici Supporting Appellee

---

O R D E R

---

 Better Markets, Inc. has filed an amicus curiae brief with the consent of the parties.

 The court accepts the brief for filing.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk