FILED: December 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1892
(1:25-cv-01283-ABA)

_____

KALSHIEX LLC

        Plaintiff - Appellant

v.

JOHN A. MARTIN, in his official capacity as Secretary of the Maryland Lottery and Gaming Control Commission and Director of the Maryland Lottery and Gaming Control Agency; MARYLAND LOTTERY AND GAMING CONTROL AGENCY; MICHAEL EATON, in his official capacity as Managing Director of Gaming for the Maryland Lottery and Gaming Control Agency; EVERETT D. BROWNING, SR., in his official capacity as Chair of the Maryland Lottery and Gaming Control Commission; E. RANDOLPH MARRINER, in his official capacity as Vice Chair of the Maryland Lottery and Gaming Control Commission; ADE ADEBISI, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; DIANE CROGHAN, in her official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; GEORGE L. DOETSCH, JR., in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; HAROLD E. HODGES, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; JAMES J. STAKEM, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; MARYLAND LOTTERY AND GAMING CONTROL COMMISSION; ANTHONY G. BROWN, in his official capacity as Attorney General for the State of Maryland

        Defendants - Appellees

------------------------------

PARADIGM OPERATIONS LP; UNDERDOG SPORTS HOLDING, INC.

    Amici Supporting Appellant

and

STOP PREDATORY GAMBLING; TEXANS AGAINST GAMBLING, d/b/a Texans Who Care; THE ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS; TODD PHILLIPS; BETTER MARKETS, INC.; NEVADA, OHIO, 36 OTHER STATES, AND THE DISTRICT OF COLUMBIA; AMERICAN GAMING ASSOCIATION; INDIAN GAMING ASSOCIATION; NATIONAL CONGRESS OF AMERICAN INDIANS; CALIFORNIA NATIONS INDIAN GAMING ASSOCIATION; ARIZONA INDIAN GAMING ASSOCIATION; MINNESOTA INDIAN GAMING ASSOCIATION; OKLAHOMA INDIAN GAMING ASSOCIATION; WASHINGTON INDIAN GAMING ASSOCIATION; UNITED SOUTH AND EASTERN TRIBES SOVEREIGNTY PROTECTION FUND; SAN MANUEL GAMING AND HOSPITALITY AUTHORITY; TRIBAL ALLIANCE OF SOVEREIGN INDIAN NATIONS; 30 FEDERALLY RECOGNIZED TRIBES

    Amici Supporting Appellee

---

O R D E R

---

Indian Gaming Association, National Congress of American Indians, California Nations Indian Gaming Association, Arizona Indian Gaming Association, Minnesota Indian Gaming Association, Oklahoma Indian Gaming Association, Washington Indian Gaming Association, United South and Eastern Tribes Sovereignty Protection Fund, San Manuel Gaming and Hospitality Authority, Tribal Alliance of Sovereign Indian Nations, and 30 Federally Recognized Tribes have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Counsel is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk