UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 25-1892 as

[✓] Retained   [ ] Court-appointed(CJA)   [ ] CJA associate   [ ] Court-assigned(non-CJA)   [ ] Federal Defender
[ ] Pro Bono   [ ] Government

COUNSEL FOR: See attached list

_____ as the
(party name)

[ ] appellant(s)   [ ] appellee(s)   [ ] petitioner(s)   [ ] respondent(s)   [✓] amicus curiae   [ ] intervenor(s)   [ ] movant(s)

/s/ Jens W. Camp
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Jens W. Camp | (202) 822-8282 |
| Name (printed or typed) | Voice Phone |
| Hobbs, Straus, Dean & Walker LLP | |
| Firm Name (if applicable) | Fax Number |
| 1899 L Street NW, Suite 1200 | |
| Washington, DC 20036 | jcamp@hobbsstraus.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

_____       _____
Signature       Date

1/28/2020 SCC

COUNSEL FOR:

Indian Gaming Association; National Congress of American Indians; California Nations Indian Gaming Association; Arizona Indian Gaming Association; Minnesota Indian Gaming Association; Oklahoma Indian Gaming Association; Washington Indian Gaming Association; United South and Eastern Tribes Sovereignty Protection Fund; Tribal Alliance of Sovereign Indian Nations; Agua Caliente Band of Cahuilla Indians; Bay Mills Indian Community; Elk Valley Rancheria; Enterprise Rancheria of Maidu Indians of California; Jamul Indian Village of California; Karuk Tribe; Kickapoo Traditional Tribe of Texas; Klamath Tribes; Leech Lake Band of Ojibwe; Little Traverse Band of Odawa Indians; Lytton Rancheria of California; Mashantucket Pequot Tribal Nation; Mescalero Apache Tribe; Morongo Band of Mission Indians; Mohegan Tribe of Indians of Connecticut; Pechanga Band of Indians; Picayune Rancheria of Chukchansi Indians of California; Pokagon Band of Potawatomi Indians; Pueblo of Acoma; Pueblo of Sandia; Saginaw Chippewa Indian Tribe of Michigan; Seminole Tribe of Florida; Snoqualmie Indian Tribe; Sycuan Band of Kumeyaay Nation; Table Mountain Rancheria; and Tunica-Biloxi Indian Tribe.