# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 27, 2026

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-1892,  <u>Kalshiex LLC v. John Martin</u>
             1:25-cv-01283-ABA

TO:     Kalshiex LLC

FILING CORRECTION DUE:  January 27, 2026

Please make the correction identified below and file a corrected document by the date indicated.

 [x] Incorrect event used. Please refile document using the **BRIEF** entry and select **REPLY** from the type of brief drop down menu.

A. Walker, Deputy Clerk
804-916-2702