# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 25-1892    Caption: Kalshiex LLC v. John Martin

---

Argument Session For Which You Are Scheduled: May 5-8, 2026

Dates You Are Available To Argue in the Session (if any):

May 7-8, 2026

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

N/A

Other Relevant Information:

Counsel for Kalshi is leading a legal conference abroad until May 6, 2026 and is therefore unavailable on the May 5-6, 2026 session dates.

Party(ies) You Represent:

KalshiEX LLC

---

February 4, 2026                              /s/Neal Kumar Katyal
         Date                                    Counsel Signature

11/29/2021  SCC