# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 4, 2026

_____

## RESPONSE REQUESTED - SIMILAR CASES
_____

No. 25-1892,   Kalshiex LLC v. John Martin
               1:25-cv-01283-ABA

TO:    All Parties

RESPONSE DUE: 02/09/2026

Response is required to the notice requesting information regarding similar cases on or before 02/09/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

A. Walker, Deputy Clerk
804-916-2702