UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 13, 2026

_____

RULE 46 OVERDUE RESPONSE

_____

No. 25-1892,   <u>Kalshiex LLC v. John Martin</u>
              1:25-cv-01283-ABA

TO:
Matthew J. Glover
Mathura Jaya Sridharan
Collin Todd Phillips
Tyler R. Green
Andrew Layton Schlafly
Jens Wesley Camp
Elizabeth A. Bower
James Patrick Davy
Kelly Patrick Dunbar
Kevin F. King

RESPONSE/ANSWER DUE: February 17, 2026

The court previously directed that you file a response indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response. You must remedy this default within 3 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

A. Walker, Deputy Clerk
804-916-2702