# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-01892

Date of Oral Argument: 05/07/26

Caption: Kalshiex LLC v. John Martin

Attorney Arguing: William E. Havemann

Arguing on Behalf of (party name): Kalshiex LLC

Select party type:
- ☑ Appellant
- ☐ Appellee
- ☐ Appellant/Cross-Appellee
- ☐ Appellee/Cross-Appellant
- ☐ Amicus
- ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: William E. Havemann
Phone Number (day of argument): (202) 835-7518

Principal Argument Time: 14
(for appellants and appellees)

Rebuttal Argument Time (if any): 6
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: n/a
Phone Number (day of argument):

Principal Argument Time:
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:

Select one of the following:
- ☐ Order allowing argument time
- ☐ Court-Appointed Amicus

Signature: s/ William E. Havemann     Date: 03/05/26

12/01/2024 NA