**CAROLYN A. QUATTROCKI**
*Chief Deputy Attorney General*

**LEONARD J. HOWIE III**
*Deputy Attorney General*

**CARRIE J. WILLIAMS**
*Deputy Attorney General*

**SHARON S. MERRIWEATHER**
*Deputy Attorney General*

**ZENITA WICKHAM HURLEY**
*Deputy Attorney General*



**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**
**MARYLAND STATE LOTTERY AND GAMING CONTROL AGENCY**

**ANTHONY G. BROWN**
*Attorney General*

**HOLLY L. KNEPPER**
*Principal Counsel*

**PETER V. BERNS**
*General Counsel*

**CHRISTIAN E. BARRERA**
*Chief of Staff*

May 1, 2026

**VIA ECF**

Nwamaka Anowi, Clerk
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

　　Re:  *KalshiEX LLC v. John A. Martin*, No. 25-1892

Dear Madam Clerk:

　　On April 30, 2026, the appellees filed a response (ECF 97) to the appellant's Rule 28(j) letter (ECF 89) concerning *KalshiEX, LLC v. Flaherty*, No. 25-1922, 2026 WL 924004 (3d Cir. Apr. 6, 2026) and certain CFTC actions. That response inadvertently included an internal editing comment. The appellees therefore respectfully request that the response be withdrawn and replaced with the attached filing, which removes the comment.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Erik Delfosse

　　　　　　　　　　　　　　　―――――――――――

　　　　　　　　　　　　　　　Erik Delfosse

cc: All Counsel of Record