**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 9, 2026

---

DOCKET CORRECTION NOTICE

---

No. 25-1892, Kalshiex LLC v. John Martin
1:25-cv-01283-ABA

TO: Appellees

FILING CORRECTION DUE: October 9, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Incorrect event used. Please refile document using the **"supplemental authorities response"** entry.

A. Walker, Deputy Clerk
804-916-2702