FILED: November 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1892
(1:25-cv-01283-ABA)

---

KALSHIEX LLC

Plaintiff - Appellant

v.

JOHN A. MARTIN, in his official capacity as Secretary of the Maryland Lottery and Gaming Control Commission and Director of the Maryland Lottery and Gaming Control Agency; MARYLAND LOTTERY AND GAMING CONTROL AGENCY; MICHAEL EATON, in his official capacity as Managing Director of Gaming for the Maryland Lottery and Gaming Control Agency; EVERETT D. BROWNING, SR., in his official capacity as Chair of the Maryland Lottery and Gaming Control Commission; E. RANDOLPH MARRINER, in his official capacity as Vice Chair of the Maryland Lottery and Gaming Control Commission; ADE ADEBISI, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; DIANE CROGHAN, in her official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; GEORGE L. DOETSCH, JR., in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; HAROLD E. HODGES, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; JAMES J. STAKEM, in his official capacity as Commissioner of the Maryland Lottery and Gaming Control Commission; MARYLAND LOTTERY AND GAMING CONTROL COMMISSION; ANTHONY G. BROWN, in his official capacity as Attorney General for the State of Maryland

Defendants - Appellees

------------------------------

PARADIGM OPERATIONS LP; UNDERDOG SPORTS HOLDING, INC.

Amici Supporting Appellant

and

STOP PREDATORY GAMBLING; TEXANS AGAINST GAMBLING, d/b/a Texans Who Care; THE ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS; TODD PHILLIPS; BETTER MARKETS, INC.; NEVADA, OHIO, 36 OTHER STATES, AND THE DISTRICT OF COLUMBIA; AMERICAN GAMING ASSOCIATION; INDIAN GAMING ASSOCIATION; NATIONAL CONGRESS OF AMERICAN INDIANS; CALIFORNIA NATIONS INDIAN GAMING ASSOCIATION; ARIZONA INDIAN GAMING ASSOCIATION; MINNESOTA INDIAN GAMING ASSOCIATION; OKLAHOMA INDIAN GAMING ASSOCIATION; WASHINGTON INDIAN GAMING ASSOCIATION; UNITED SOUTH AND EASTERN TRIBES SOVEREIGNTY PROTECTION FUND; SAN MANUEL GAMING AND HOSPITALITY AUTHORITY; TRIBAL ALLIANCE OF SOVEREIGN INDIAN NATIONS; 30 FEDERALLY RECOGNIZED TRIBES

Amici Supporting Appellee

---

O R D E R

---

Upon consideration of appellant's unopposed motion to extend the time to file a petition for rehearing and rehearing en banc, the court grants the motion and extends the deadline for filing a petition for rehearing and rehearing en banc to December 16, 2026.

Entered at the direction of Judge Gregory with the concurrence of Judge Thacker and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk